## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHRISTOPHER D. HERNANDEZ,

    Plaintiff,

vs.                              Civil Action No.
                                   4:11-CV-10805

                                   HON. MARK A .GOLDSMITH

CITY OF DETROIT, et. al.,

    Defendants,

_____/

## OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO CORRECT THE DEFICIENCY

Plaintiff is an inmate currently confined at the Wayne County Jail in Detroit, Michigan. On February 28, 2011, Plaintiff filed a civil rights complaint in this Court. On March 1, 2011, Magistrate Judge R. Steven Whalen signed an order of deficiency, which required Plaintiff to provide a current computerized trust fund account showing the history of the financial transactions in Plaintiff's institutional trust fund account for the past six months. Alternatively, the order allowed Plaintiff to pay the three hundred and fifty ($ 350.00) dollar filing fee in full. Plaintiff was given thirty days to comply with the order. This order was mailed to Plaintiff on March 1, 2011.

On March 11, 2011, Plaintiff filed a motion requesting an extension of time to obtain the documentation necessary to correct the deficiency.

A district court may, in its discretion, extend by an additional thirty days the time period in which the prisoner must submit materials to correct a filing deficiency. See McGore v.

1

Wrigglesworth, 114 F.3d 601, 605 (6th Cir. 1997).  This additional thirty-day time period begins "the date of the filing of the extension order."  Id.  Accordingly, the Court grants Plaintiff an additional thirty days from the filing of this order to file the necessary documentation to correct his deficiency.  Failure to file the documentation within thirty days of the date of this extension order will result in dismissal of the action.

    SO ORDERED.

Dated:  April 5, 2011

                                      s/Mark A. Goldsmith
                                      MARK A. GOLDSMITH
                                      United States District Judge

**CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 5, 2011.

                                      s/Lisa Wagner for Deborah J. Goltz
                                      DEBORAH J. GOLTZ
                                      Case Manager